Certificate Number: 12433-NJ-DE-008108016

Bankruptcy Case Number: 09-30351

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on August 22, 2009, at 9:36 o'clock PM PDT, Renee Willard completed a course on personal financial management given by internet and telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: August 23, 2009

By    /s/Lance Brechbill

Name    Lance Brechbill

Title    Teacher